IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TOWNSHIP OF BENSALEM,                      :
                                           :
              *Plaintiff,*                 :
                                           :
       v.                                  :  CIVIL NO. 23-5113
                                           :
LENNAR MPA, LLC et al.,                    :
                                           :
                                           :
              *Defendants.*                :

## ORDER

**AND NOW**, this **22nd** day of **April 2025**, upon consideration of Defendants' Motion for

Judgment on the Pleadings (ECF No. 12), Plaintiff's Motion for Judgment on the Pleadings (ECF

No. 13), and the respective Responses in Opposition to those motions (ECF Nos. 16, 17), it is

hereby **ORDERED** as follows:

1.  Defendants' Motion (ECF No. 12) is **DENIED**.

2.  Plaintiff's Motion (ECF No. 13) is **DENIED**.

3.  The Parties are directed to prioritize discovery regarding the Parties' intent behind the meaning of "terminated" in their operative agreement. The Court will permit an early motion for summary judgment if the discovered evidence regarding the meaning of "terminated" warrants it.

BY THE COURT:

*[signature]*

HON. KAI N. SCOTT
United States District Court Judge